

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN : <br><br> CELESTIAL AIRWAYS LIMITED : <br>(f/k/a LEGATUM AVIATION LIMITED) : <br><br> Petitioner, : <br><br> -and- : <br><br> ASSOCIATED AIR CENTER, L.P. and : <br>DAE AVIATION HOLDINGS, INC. : <br><br> Respondents. : | Docket No. 12 CIV 6222 (NRB) <br><br>  <br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 10/11/2012 |

## JUDGMENT

Upon consideration of Petitioner's, Celestial Airways Limited (f/k/a Legatum Aviation Limited), Petition to Confirm Arbitral Award and for Entry of Judgment Thereon and the Memorandum and Declaration filed in support thereof (attached as Exhibit A), and

Upon consideration of the Stipulation entered into by the parties on October 5, 2012 (the "Stipulation" attached as Exhibit B), by which the Respondents consented to the relief contained herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

1. The relief requested in the Petition is GRANTED.

2. The Final Award rendered on July 13, 2012, in the arbitration between Petitioner and Respondents is CONFIRMED.

3. Final Judgment is entered for Petitioner against Respondents in accordance with the Final Award (as defined in the Settlement Agreement) in the amount of $11,798,556.38 in damages, $600,000.00 in attorneys' fees, $52,092.06 in costs, and post-judgment interest of five percent per annum on the $12,398,556.38 in damages and fees, which shall accrue from August 12, 2012, until the date of payment.

Dated:      New York, New York
            October 10        , 2012

                                    _____
                                    UNITED STATES DISTRICT JUDGE


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____